USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/11/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                      Government,

          - against -

Jason Koutsiukos,
                      Defendant.
-----------------------------------------------------------x

18 Cr 862 (RMB)

**ORDER**

The sentence in this matter is rescheduled from 11:00 am on January 2, 2020 to 3:00 pm on January 2, 2020.

Dated: New York, New York
        December 11, 2019

**RICHARD M. BERMAN**
**U.S.D.J.**