UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                           Government,

           - against -

Jason Koutsiukos,
                           Defendant.
------------------------------------------------------------x

18 Cr 862 (RMB)

**ORDER**

The sentence in this matter is rescheduled from 12:30 pm on February 13, 2020 to 9:00 am on February 13, 2020.

Dated: New York, New York
       February 10, 2020

RICHARD M. BERMAN
U.S.D.J.