# BERNSTEIN CLARKE & MOSKOVITZ

11 Park Place, Suite 914, New York, New York 10007
www.bcmlaw.com   Tel. (212) 321-0087   Fax (917) 722-0930

Andrew M. J. Bernstein
Lance A. Clarke
Joshua S. Moskovitz

**_FILED VIA ECF_**

**MEMO ENDORSED**

February 12, 2020

Hon. Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/2020
```

Re: **United States v. Jason Koutsiukos**
     **18 Cr. 862 (RMB)**

Dear Judge Berman:

I am writing as a follow up to my phone conversation with Chambers earlier today.

Mr. Koutsiukos was last before the Court on January 2, 2020, where his sentencing was adjourned to February 13. I informed the Court that I expected to be on trial that day and the Court accommodated my schedule by agreeing to hold the sentencing at 12:30 pm, during the jurors' lunch break. I am now currently on trial before the Honorable Victor Marrero and have been since February 4. At this time, I believe the jury will have the case no sooner than February 19.

I have received notice that the Court rescheduled the time of the sentencing from 12:30 pm to 9:00 am. I informed Chambers and the Government this morning that I am unable to be available for this matter at 9:00 am tomorrow due to the ongoing trial. I was directed by Chambers to send a letter with potential adjourn dates. The Government and I are both available next week on Tuesday, February 18 at any time other than 2:30 to 4 pm. Judge Marrero has given the jurors off that day and that is why I am available. If this date does not work for the Court, I will confer with the government and provided further dates.

If the Court requires any more information, please do not hesitate to reach out to me or my office. I appreciate all parties understanding and accommodation.

Respectfully submitted,

Andrew M. J. Bernstein, Esq.

*[Handwritten endorsement:]* Sentence adjourned to February 26, 2020 at 9:30 am.

SO ORDERED:
Date: 2/14/20
Richard M. Berman, U.S.D.J.