USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

JASON KOUTSIUKOS,

                Defendant.
------------------------------------------------------------X

ORDER

18 CR. 862 (RMB)

For the reasons stated on the record today, the Defendant is sentenced to time served.

Dated: New York, New York
       February 26, 2020

                                                               RMB
                                             **RICHARD M. BERMAN, U.S.D.J.**